JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED H. F., JR.,[1]<br><br>　　　　Plaintiff,<br>　　v.<br>MARTIN J. O'MALLEY,<br>Commissioner of Social Security Administration,<br><br>　　　　Defendant. | No. 2:23-cv-08324-AJR<br><br>**JUDGMENT** |

IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED and that the above-captioned action is dismissed with prejudice.

DATED: November 18, 2024   _____
　　　　　　　　　　　　　　　HON. A. JOEL RICHLIN
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff's name is partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.